IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-395-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALL CRYPTOCURRENCY, VIRTUAL ) | |
| CURRENCY, FUNDS, MONIES, AND ) | |
| OTHER THINGS OF VALUE, et al., ) | |
| ) | |
| **Defendants**. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Bryan G. Scott, concerning Bradley L. Henry, on December 5, 2023. Bradley L. Henry seeks to appear as counsel *pro hac vice* for Claimant Vipin Kumar. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Bradley L. Henry is hereby admitted *pro hac vice* to represent Claimant Vipin Kumar.

**SO ORDERED**.

Signed: December 10, 2023

David C. Keesler
United States Magistrate Judge