IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CASE NO. 3:23-CV-00395

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALL CRYPTOCURRENCY, VIRTUAL CURRENCY, FUNDS, MONIES, AND OTHER THINGS OF VALUE SEIZED, PURSUANT TO A SEIZURE WARRANT, FROM BINANCE AND ASSOCIATED WITH USER ID # 17392912, SUCH USER ID ASSOCIATED WITH THE NAME, VIPIN KUMAR, AND TETHER DEPOSIT ADDRESS, TCJvnhLCvCwqEzcYiZKbr9F4pkkiLPGzyv; et. al. | **JOINT MOTION TO EXTEND BRIEFING DEADLINES** |

NOW COMES the United States of America, Plaintiff herein, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and Claimant Vipin Kumar, by and through undersigned counsel, and hereby request that this Court extend all briefing deadlines on the pending Motion to Dismiss (Doc. 24) for thirty days so that the parties may exchange certain information in an effort to discuss settlement of this matter. The Parties request that this Court reset the deadline to respond to the Motion to Dismiss to February 10, 2025, and reset the deadline for any reply (if so desired by Claimant) to February 17, 2025.

Respectfully submitted, this, the 10th day of January, 2025.

DENA J. KING
UNITED STATES ATTORNEY

**s/Benjamin Bain-Creed**
FL Bar Number 21436
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202

Telephone: (704) 344-6222
Facsimile: (704) 344-6629
Email: benjamin.bain-creed@usdoj.gov


BLANK ROME LLP

By: /s/ Bradley L. Henry
Bradley Henry
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
bradley.henry@blankrome.com

Attorney for Claimant Vipin Kumar
*Admitted Pro Hac Vice*