IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-395-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| ALL CRYPTOCURRENCY, VIRTUAL CURRENCY, FUNDS, MONIES, AND OTHER THINGS OF VALUE, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Second Joint Motion To Extend Briefing Deadlines" (Document No. 29) filed February 7, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion. Further extensions are unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that the "Second Joint Motion To Extend Briefing Deadlines" (Document No. 29) is **GRANTED**. Plaintiff shall file a response to "Claimant Vipin Kumar's Motion To Dismiss Amended Complaint" (Document No. 24) on or before **March 14, 2025**. Claimant Vipin Kumar shall file a reply in support of the "…Motion To Dismiss Amended Complaint" (Document No. 24) on or before **March 21, 2025**.

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge